STATE OF MINNESOTA

IN SUPREME COURT

A16-1374



December 27, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
David Walter Olson, a Minnesota Attorney,
Registration No. 0250326.

ORDER

By order dated October 18, 2016, we suspended respondent David Walter Olson from the practice of law for a minimum of 60 days, effective November 1, 2016. Respondent has filed an affidavit seeking reinstatement in which he states that he has fully complied with the terms of the suspension order, except for successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility. The Director of the Office of Lawyers Professional Responsibility does not oppose the request.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.      Effective December 31, 2016, respondent David Walter Olson is conditionally reinstated to the practice of law in the State of Minnesota, subject to his successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility.

2.      By October 18, 2017, respondent shall comply with Rule 18(e)(3), Rules on Lawyers Professional Responsibility (RLPR), by filing with the Clerk of the Appellate

1

Courts and serving upon the Director proof of respondent's successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility. Failure to do so shall result in automatic re-suspension pending proof of successful completion of the examination, under Rule 18(e)(3), RLPR.

Dated: December 27, 2016

BY THE COURT:

David R. Stras
Associate Justice